ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
E. Jacob Lubarsky (State Bar No. 251289)
jlubarsky@rjo.com
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendants
SUZANNE S. LYON, RUSSELL R.
TONDA and DIANE M. TONDA


ROB BONTA (State Bar No. 202668)
Attorney General of California
VANESSA C. MORRISON (State Bar No. 254002)
Supervising Deputy Attorney General
RAFAEL J. HURTADO (State Bar No. 292694)
Rafael.Hurtado@doj.ca.gov
JAMES POTTER (State Bar No. 166992)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 321-5780
Fax: (916) 732-7920

Attorneys for Plaintiffs
CALIFORNIA DEPARTMENT OF
TOXICS SUBSTANCES CONTROL
and THE TOXIC SUBSTANCES
CONTROL ACCOUNT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXICS SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA,<br><br>                    Defendants | Case No. 2:26-cv-00603-JAM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 26, 2026<br>Current Response Date:  April 27, 2026<br>New Response Date:     May 26, 2026 |

Page 1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5375797.5

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account ("Plaintiffs") filed their Complaint for Recovery of Response Costs; Declaratory Relief; and Supplemental State Law Claims ("Complaint") on February 26, 2026 (DKT. 1);

WHEREAS Plaintiffs and Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants") have met and conferred and agreed to extend the date by which Defendants' response to Plaintiffs' Complaint is due until May 26, 2026.

It is hereby STIPULATED and AGREED, by and among Plaintiffs and Defendants, and through their respective counsel, that the time for Defendants to respond to Plaintiffs' Complaint is extended from April 27, 2026, to May 26, 2026. The parties agree that this change will not alter the date of any event or any deadline already fixed by Court order.  It is so stipulated.

Dated: April 22, 2026                    ROGERS JOSEPH O'DONNELL

                                         By:    /s/ Robert C. Goodman

                                              ROBERT C. GOODMAN
                                              E. JACOB LUBARSKY

                                         Attorneys for Defendants
                                         SUZANNE S. LYON
                                         RUSSELL R. TONDA
                                         DIANE M. TONDA


Dated: April 22, 2026                    ROB BONTA
                                         Attorney General of California
                                         VANESSA C. MORRISON
                                         Supervising Deputy Attorney General

                                         By:   /s/ Rafael J. Hurtado

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5375797.5

RAFAEL J. HURTADO

JAMES POTTER

Attorneys for Plaintiffs
CALIFORNIA DEPARTMENT OF TOXICS
SUBSTANCES CONTROL and THE
TOXIC SUBSTANCES CONTROL
ACCOUNT

**Attestation Per Civil L.R. 5-4.3.4**

The filer of this document attests that each of the parties listed above has concurred in the filing of this document.

Dated: April 22, 2026                    ROGERS JOSEPH O'DONNELL


By:    _/s/ Robert C. Goodman_
       ROBERT C. GOODMAN
       E. JACOB LUBARSKY

Attorneys for Defendants
SUZANNE S. LYON
RUSSELL R. TONDA
DIANE M. TONDA

Page 3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5375797.5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXICS SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA,<br><br>Defendants | Case No. 2:26-cv-00603-JAM-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 26, 2026<br>Current Response Date:  April 27, 2026<br>New Response Date:      May 26, 2026 |

Page 1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5376282.1

Having considered the parties' Stipulation extending the current deadline for Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants") to respond to Plaintiffs' Complaint from April 27, 2026, to May 26, 2026, **IT IS HEREBY ORDERED** as follows:

Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda shall file and serve a responsive pleading to Plaintiffs' Complaint by **May 26, 2026**.

**IT IS SO ORDER.**

Dated: April 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Page 2

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5376282.1