ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
E. Jacob Lubarsky (State Bar No. 251289)
jlubarsky@rjo.com
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendants
SUZANNE S. LYON, RUSSELL R.
TONDA and DIANE M. TONDA


ROB BONTA (State Bar No. 202668)
Attorney General of California
VANESSA C. MORRISON (State Bar No. 254002)
Supervising Deputy Attorney General
RAFAEL J. HURTADO (State Bar No. 292694)
Rafael.Hurtado@doj.ca.gov
JAMES POTTER (State Bar No. 166992)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 321-5780
Fax: (916) 732-7920

Attorneys for Plaintiffs
CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL
and THE TOXIC SUBSTANCES
CONTROL ACCOUNT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA,<br><br>Defendants | Case No. 2:26-cv-00603-JAM-JDP<br><br>**FURTHER STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 26, 2026<br>Current Response Date:  May 26, 2026<br>New Response Date:     July 24, 2026 |

Page 1

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account ("Plaintiffs") filed their Complaint for Recovery of Response Costs; Declaratory Relief; and Supplemental State Law Claims ("Complaint") on February 26, 2026 (DKT. 1);

WHEREAS Plaintiffs and Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants") previously met and conferred and agreed to extend the date by which Defendants' response to Plaintiffs' Complaint is due until May 26, 2026 (DKT. 10).

WHEREAS on May 15, 2026, Plaintiffs filed a Motion to Approve the Consent Judgement in this matter, which is set to be heard by the Court on July 14, 2026 (DKT. 13).

WHEREAS on May 19, 2026, Defendants filed a Non-Opposition to the Motion to Approve the Consent Judgement in this matter (DKT. 14).

WHEREAS Plaintiffs and Defendants have met and conferred and agreed to extend the date by which Defendants' response to Plaintiffs' Complaint is due until July 24, 2026.

It is hereby STIPULATED and AGREED, by and among Plaintiffs and Defendants, and through their respective counsel, that the time for Defendants to respond to Plaintiffs' Complaint is extended from May 26, 2026, to July 24, 2026. The parties agree that this change will not alter the date of any event or any deadline already fixed by Court order.  It is so stipulated.

Dated: May 19, 2026                    ROGERS JOSEPH O'DONNELL

By:  _/s/ Robert C. Goodman_
ROBERT C. GOODMAN
E. JACOB LUBARSKY

Attorneys for Defendants
SUZANNE S. LYON
RUSSELL R. TONDA
DIANE M. TONDA

Page 2

Dated: May 19, 2026

RAFAEL J. HURTADO
ROB BONTA
Attorney General of California
VANESSA C. MORRISON
Supervising Deputy Attorney General

By: */s/ Rafael J. Hurtado (as auth. on 5/19/26)*

RAFAEL J. HURTADO
JAMES POTTER

Attorneys for Plaintiffs
CALIFORNIA DEPARTMENT OF TOXICS
SUBSTANCES CONTROL and THE
TOXIC SUBSTANCES CONTROL
ACCOUNT

Page 3

**Attestation Per Civil L.R. 5-4.3.4**

The filer of this document attests that each of the parties listed above has concurred in the filing of this document.

Dated: May 19, 2026                                 ROGERS JOSEPH O'DONNELL


                                                    By:    */s/ Robert C. Goodman*

                                                    ROBERT C. GOODMAN
                                                    E. JACOB LUBARSKY

                                                    Attorneys for Defendants
                                                    SUZANNE S. LYON
                                                    RUSSELL R. TONDA
                                                    DIANE M. TONDA

FURTHER STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5375797.5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA,<br><br>Defendants | Case No. 2:26-cv-00603-JAM-JDP<br><br>**ORDER GRANTING FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 26, 2026<br>Current Response Date:  May 26, 2026<br>New Response Date:      July 24, 2026 |

Having considered the parties' Further Stipulation extending the current deadline for Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants") to respond to Plaintiffs' Complaint from May 26, 2026, to July 24, 2026, **IT IS HEREBY ORDERED** as follows:

Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda shall file and serve a responsive pleading to Plaintiffs' Complaint by **July 24, 2026**.

**IT IS SO ORDER.**

Dated: May 28, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Page 1

FURTHER STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: 2:26-cv-00603-JAM-JDP

5394641.4