IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                    Plaintiffs,<br><br>         **v.**<br><br>**SUZANNE S. LYON, RUSSELL R. TONDA, AND DIANE M. TONDA,**<br><br>                    Defendants. | Case No. 2:26-cv-00603-JAM-JDP<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE** |

Before the Court is Plaintiffs' California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") Unopposed Motion for Judicial Approval of the Consent Decree.  ECF No. 13.

After full consideration of the evidence, and the written submissions by the parties, the Court finds that the proposed Consent Decree with Settling Defendants Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda is reasonable, fair, and consistent with the objectives of the Comprehensive Environmental Response,

1

Compensation, and Liability Act, 42 U.S.C. §§ 9601 et seq.  The Court also finds that Plaintiffs have given proper notice to interested parties.

Thus, Plaintiffs' Unopposed Motion for Judicial Approval of Consent Decree (ECF No. 13) is hereby **GRANTED,** and the Consent Decree lodged on February 26, 2026, with the Court (ECF No. 2-1), is hereby **APPROVED and ENTERED.**  The Consent Decree constitutes the Court's final judgment pursuant to Federal Rules of Civil Procedure 54 and 58.

The hearing set for July 14, 2026, is **VACATED.**

IT IS SO ORDERED.

Dated: July 07, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

ORDER